```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-23506-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE

REYNARD LEGGETT,              :

        Petitioner,           :
             v.                          REPORT OF MAGISTRATE JUDGE
STATE OF FLORIDA,             :                   §2254

        Respondent.           :
_____
```

Reynard Leggett filed a pro se pleading captioned as a motion for extension of time for filing petition for writ of habeas corpus. The petitioner has not filed the actual petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 attacking a state conviction(s). He was ordered to file an amended petition on the proper form on or before January 19, 2009. The petitioner was also ordered to respond to the statute of limitations. The Order was not a waiver of the statute of limitations. The petitioner failed to comply with the Court's Order. In light of the petitioner's pro-se status he was permitted one extension of time to amend, to on or before February 16, 2009. The petitioner has failed to comply and has filed nothing further in this case.

It is therefore recommended that this case be dismissed without prejudice, for lack of prosecution.

Objections to this Report may be filed within ten days of receipt. The petitioner may file his amended petition with his objections.

Dated this 25th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Reynard Leggett, Pro Se
      DC#07702
      Santa Rosa CI
      Address of Record

      Richard Polin, AAG
      Miami office of AAG
      Address of record