UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-23056-CIV-MORENO**

REYNARD LEGGETT,

    Plaintiff,

vs.

STATE OF FLORIDA,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation **(D.E. No. 2)** on **December 19, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 7)** on **February 25, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 7)** filed on **February 25, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice for lack of prosecution.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record